**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE:  ADOPTION OF K.B.                     :     No. 121 WAL 2024
                                             :
                                             :
PETITION OF: D.O.                            :     Petition for Allowance of Appeal
                                             :     from the Order of the Superior Court

IN RE:  ADOPTION OF N.M.                     :     No. 122 WAL 2024
                                             :
                                             :
PETITION OF: D.O.                            :     Petition for Allowance of Appeal
                                             :     from the Order of the Superior Court


## ORDER


**PER CURIAM**

      **AND NOW**, this 4th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.